IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br><br>SHAWN SHUTTS,<br>                      Defendant. | CRIMINAL ACTION<br><br>No. 14-20014-11-KHV |

**ORDER**

On March 8, 2016, the Court sentenced defendant to 180 months in prison based on a binding plea agreement under Rule 11(c)(1)(C), Fed. R. Crim. P. For substantially the reasons stated in defendant's Unopposed Motion To Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A) (Doc. #922) filed November 12, 2021, the Court sustains defendant's motion to reduce sentence. Specifically, under 18 U.S.C. § 3582(c)(1)(A)(i), the Court reduces defendant's sentence of 180 months in prison to time served. Defendant shall remain subject to his standard term of supervised release of five years, which will begin immediately on his release.

**IT IS THEREFORE ORDERED** that defendant's Unopposed Motion To Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A) (Doc. #922) filed November 12, 2021 is **SUSTAINED**. The Court reduces defendant's sentence of 180 months in prison to TIME SERVED. Except as modified above, all other terms and conditions of the Judgment In A Criminal Case **(Doc. #462) filed March 9, 2016 shall remain in effect.**

Dated this 15th day of November, 2021 at Kansas City, Kansas.

                                              s/ Kathryn H. Vratil
                                              KATHRYN H. VRATIL
                                              United States District Judge